JOHN P. RUTLEDGE, SBN 10433
RUTLEDGE LAW CENTER LTD.
320 North Carson Street
Carson City, Nevada 89701
775.885.7005
John@RutledgeLawCenter.com
Attorney for Plaintiff,
The National Mine LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE NATIONAL MINE LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MINES COMPANY LTD., a Nevada limited-liability company,<br><br>Defendant. | CASE NO.: 3:23-cv-00650-LRH-CLB<br><br>VERIFIED COMPLAINT FOR QUIET TITLE AND DECLARATORY RELIEF TO ONE UNPATENTED MINING CLAIM |

THE NATIONAL MINE LLC ("**Plaintiff**"), by and through its attorney, Rutledge Law Center Ltd., hereby alleges and complains as follows:

**1.** This is an action affecting title to, and possession of, one (1) unpatented mining claim sited in Humboldt County, Nevada, together with all appurtenances thereto and improvements thereon (the "**Mining Claim**"), as between only the parties to this case. The Mining Claim is more particularly described as follows.

| _BLM Serial No._ | _Name_ | _Section_ | _Township_ | _Range_ | _Meridian_ |
|---|---|---|---|---|---|
| NV106338816 | Hygrade Lode 15 | 34 | 46N | 39E | M.D.B.&M. |

**2.** Plaintiff is a Washington limited liability company in good standing.

**3.** NATIONAL MINES COMPANY LTD. ("**Defendant**") is an active Nevada limited-liability company with its registered office in Carson City, Nevada.

**4.** Because Defendant ostensibly owned the now-abandoned unpatented lode mining claims that were known and identified as Serial Numbers NV101624015 (Monitor #293), NV101754132 (RH #44), NV101546283 (RH #46), and NV101607046 (RH #48), Defendant erroneously purports to own a right, title, estate, lien, or interest in the land appropriated by the Mining Claim.

**5.** The bases of federal jurisdiction are (a) 28 U.S.C. § 1331 [a federal question is at issue because the Mining Claim arises under, and is derivative of, federal law, and the rules and regulations promulgated thereunder, including, but not limited to, 30 U.S.C. § 22, 30 U.S.C. § 23, 30 U.S.C. § 26, 30 U.S.C § 28 et seq., 43 U.S.C. § 1701 et seq., and 43 U.S.C. § 1744], and (b) 28 U.S.C. §§ 2201-2202 [a declaratory judgment is sought in this action].

**6.** The bases of venue in this Court are (a) 28 U.S.C. § 1391(b)(1) [Defendant resides within the Northern Division] and (b) 28 U.S.C. § 1391(b)(2) [the Mining Claim is sited within the Northern Division].

### **CLAIM FOR RELIEF**

As and for its sole Claim for Relief, Plaintiff claims against Defendant as follows:

**7.** Plaintiff incorporates by reference as though fully set forth herein all of the allegations in Paragraphs 1 through 6, above.

**8.** As between the parties to this case, Plaintiff is the sole owner of the Mining Claim by and through the construction of a location monument therefor on open federal lands, the posting of a notice of location thereat, the construction of corner monuments thereon, and the timely completion of all recordings and filings required therefor, all of which were undertaken in compliance with every applicable law, rule, and regulation of the United States of America and the State of Nevada.

**9.** As toward Defendant, Plaintiff has good possessory title to the Mining Claim by and through the maintenance thereof in compliance with every applicable law, rule, and regulation of the United States of America and the State of Nevada.

**10.** Plaintiff is in seisin and claims its rightful status as the sole legal owner of all rights, title, and interest in and to the Mining Claim and the land appropriated thereby.

1  **11.** Plaintiff seeks to hereby quiet title to the Mining Claim in Plaintiff's name, free and clear of every claimed right, title, estate, lien, or other interest by the Defendant, and to have Plaintiff's rightful status declared by this Court.

WHEREFORE, Plaintiff prays that this Court, under NRS 40.010 and 28 U.S.C. §§ 2201-2202, quiet title to the Mining Claim in Plaintiff's name by adjudging and decreeing, and separately declaring, that:

**(1)** as between the parties to this case, Plaintiff is the sole owner of the Mining Claim, the land appropriated thereby, and all valuable minerals contained in, on, or under the Mining Claim, subject only to paramount title of the United States of America and a non-litigant third party, if any there ever may be, that hereafter quiets title against Plaintiff to the lands appropriated by the Mining Claim;

**(2)** Defendant has no right, title, estate, lien, or interest whatsoever, whether express or implied, in and/or to the Mining Claim, the land appropriated thereby, or any of the valuable minerals contained in, on, or under the Mining Claim;

**(3)** Defendant be forever barred from asserting any claim whatsoever in or to the Mining Claim, the land appropriated thereby, and/or the minerals contained in, on, or under the Mining Claim; and

**(4)** for such other and further relief as the Court shall deem just and proper.

DATED: December 19, 2023

RUTLEDGE LAW CENTER LTD.

By: /s/ John P. Rutledge
John P. Rutledge, Esq., SBN 10433
320 North Carson Street
Carson City, Nevada 89701
775.885.7005

Attorney for Plaintiff,
The National Mine LLC

## **VERIFICATION**

Under penalty of perjury, the undersigned declares that he is an authorized representative of THE NATIONAL MINE LLC, the plaintiff named in the foregoing Verified Complaint for Quiet Title and Declaratory Relief to One Unpatented Mining Claim, and knows the contents thereof; that the pleading is true of his own knowledge, except as to those matters stated on information and belief, if any, and that as to such matters he believes that pleading to be true.

DATED:  December 19, 2023

/s/ Clinton Cates
_____
Clinton Cates, Governor/Manager